WAYNE C. MAYER (62031)
Law Offices of Wayne C. Mayer
4619 Van Dyke Avenue
San Diego, CA 92116
(619) 281-9263
Fax (619) 281-2963

Attorney for Material Witness: MARTIN SANCHEZ CAMPOS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 07 CR 3353 JM |
| Plaintiff, | NOTICE OF MOTION AND MOTION FOR VIDEOTAPE DEPOSITION AND REQUEST FOR STATEMENT OF REASONS IN SUPPORT OF CUSTODY |
| vs. | |
| JOSE HEREDIA-GUZMAN, JUAN CARLOS VASQUEZ-MENDOZA, RAMON GALLARDO-SAMANO, | DATE: January 15, 2008<br>TIME: 9:30 a.m.<br>DEPT: Magistrate Stormes |
| Defendants. | |

PLEASE TAKE NOTICE that on September 15, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, material witness MARTIN SANCHEZ CAMPOS (hereafter "Material Witness") by and through his counsel, Wayne C. Mayer will bring a motion for a court order to take the Material Witness' videotaped deposition.

**MOTION**

Material Witness, pursuant to Federal Rules of Criminal Procedure, Rule 15, and Title 18 U.S.C. sec. 3144, hereby moves this court for an order to take his deposition by videotape and release him at the conclusion of the deposition. If the Court denies this motion, then Material

1                                                                                           07 CR 3353 JM

1  Witness further requests the United States Attorney's office provide the witness with a Statement
2  of Reasons in Support of Custody in accordance with Federal Rules of Criminal Procedure, Rule
3  46(g).
4     This motion is based upon this Notice of Motion and Motion for Videotaped Deposition
5  and Request for Statement of Reasons in Support of Custody, Points and Authorities in Support
6  Martin Sanchez Campos' Motion for Video Taped Deposition, Declaration of Martin Sanchez
7  Campos, Declaration of Wayne C. Mayer, the files and records in the above entitled cause, and
8  any and all other information brought to the Court's attention prior to or during the hearing on
9  this motion.
10 Dated: December 21, 2007_____        Respectfully submitted,

         s/ Wayne C. Mayer
         Wayne C. Mayer
         Attorney for Material Witness
         MARTIN SANCHEZ CAMPOS