```
Joseph Milchen
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 291-3399
California State Bar No. 38098

Attorney for Defendant
Ramon Gallardo-Samano
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Jeffrey T. Miller)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07-CR-3353 |
| Plaintiff, | ) | |
| v. | ) | Joinder |
| RAMON GALLARDO-SAMANO, | ) | |
| Defendant. | ) | |

   Defendant, Ramon Gallardo-Samano, through his attorney, Joseph Milchen, hereby joins in the Motions to Compel Discovery filed by co-defendant Jose Heredia-Guzman on December 20, 2007, and by co-defendant Juan Vasquez-Mendoza on December 25, 2007, in the above matter.

   Dated: December 26, 2007     s/ Joseph Milchen
                                 Joseph Milchen
                                 Attorney for Defendant
                                 Ramon Gallardo-Samano