Joseph Milchen
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 291-3399
California State Bar No. 38098

Attorney for Defendant
Ramon Gallardo-Samano

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Jeffrey T. Miller)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07-CR-3353 |
| Plaintiff, | ) | |
| v. | ) | Certificate of Service |
| RAMON GALLARDO-SAMANO, | ) | |
| Defendant. | ) | |

    Joseph Milchen certifies as follows:

    On January 23, 2008 I electronically served the Defendant's Notice of Motion and Motion to Suppress on the following:

    Assistant U.S. Attorney Luella Caldito
    Frank A. Balistrieiri
    Zandra Lopez

Dated:  January 23, 2008        s/ Joseph Milchen
                                                Joseph Milchen
                                                Attorney for Defendant
                                                Ramon Gallardo-Samano