UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> *Jose Heredia-Guzman,* ) <br> Defendant(s) *et al* ) | CRIMINAL NO. **07CR3353-JM** <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, **ANTHONY J. BATTAGLIA**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

*Martin Sanchez-Campos*

DATED: **2/13/08**

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk
J. Japakec

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082