# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER  07CR3353-JM
                         )
vs                       )  ABSTRACT OF ORDER
                         )
Ramon Gallardo Samano    )  Booking No. _____
                         )
                         )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __2/13/08_____
the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:

           _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__✓__ Case Dismissed.  (Oral mot of Gov't)

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

                                    UNITED STATES MAGISTRATE JUDGE
                                                 OR
                                    W. SAMUEL HAMRICK, JR.   Clerk
                                    by
                                                                  Deputy Clerk

Received _____
          DUSM

Crim-9   (Rev 6-95)                                 ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY