# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  vs.<br><br>RAMON GALLARDO-SAMANO(3),<br><br>     Defendant. | CASE NO. 07CR3353-JM<br><br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_ the Court has dismissed the case for unnecessary delay; or

\_X\_\_ the Court has granted the motion of the Government for dismissal; or

\_\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

\_\_\_\_ of the offense(s) of:

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.


DATED: February 19, 2008

           _____
           Hon. Anthony J. Battaglia
           U.S. Magistrate Judge
           United States District Court